# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaden Investment Trust, Accommodation Party for FRANCES C. JOLIVETTE, <br><br> Claimant(s), <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE, <br><br> Defendant(s). | 2:14-CV-422 JCM (GWF) |

# ORDER

Presently before the court is the matter of *Jaden Investment Trust v. Wells Fargo Home Mortgage, et al.*, case no. 2:14-cv-422-JCM-GWF.

Respondent Wells Fargo seeks to set aside a foreign judgment registered by petitioner. (Doc. # 1). Said foreign judgment was supposedly obtained in the "Shaykamaxum Grand Supreme Court of Atlan/Amexem Al Moroc NW," which is headed by "Supreme Chief Viceroy Righteous Vindicator Illudah Abraham Bey Isra'el I" and apparently located somewhere in Pennsylvania.

Unfortunately for petitioner, the Full Faith and Credit Clause of the United States Constitution does not extend to judgments obtained in fictional sovereigns.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that respondent's motion to set

3  aside the registration of foreign judgment (doc. # 4) be, and the same hereby is, GRANTED.

4  DATED March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -